This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-41645**

**IN THE MATTER OF THE ESTATE OF JOSE REYMUNDO PADILLA,**

and

**BRIDGET PADILLA, Personal Representative of the Estate,**

Plaintiff-Appellee,

v.

**JOSEPH SAUCEDA,**

Defendant-Appellant,

and

**JOE Y. ARREDONDO, NELLIE ARREDONDO, JOSE ARREDONDO JR., and DENAE HURST,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Elaine P. Lujan, District Court Judge**

Bridget Padilla
Albuquerque, NM

Pro Se Appellee

Joseph Sauceda
Albuquerque, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**DUFFY Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. **AFFIRMED**.

**{2}     IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**KATHERINE A. WRAY, Judge**